DWB
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 25-mj-265 (ECW) |
| v. | **FILED UNDER SEAL PURSUANT TO 18 U.S.C. § 3509(d)(2) AND LOCAL RULE 49.1(c)(1)(G)** |
| JEREMY FRANCIS PLONSKI | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, states the following is true and correct to the best of my knowledge and belief. From in or about 2022 through in or about May 2023, in the State and District of Minnesota, JEREMY FRANCIS PLONSKI attempted and actually employed, used, persuaded, induced, enticed and coerced a victim to take part in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, such victim was a minor, and PLONSKI knew or had reason to know that such visual depiction either was produced using materials that had been mailed, shipped, or transported across state lines or in foreign commerce by any means or that it would be mailed or transported across state lines or in foreign commerce, all in violation of 18 U.S.C. § 2251(a) and (e).

I further state that I am an FBI Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Complainant's signature

Special Agent Matthew Vogel
Federal Bureau of Investigation
Printed name and title

SUBSCRIBED and SWORN before me
by reliable electronic means (Zoom and email)
pursuant to Fed. R. Crim. P. 41(d)(3).

_____
Judge's Signature

Date: May 1, 2025

The Honorable Elizabeth C. Wright
United States Magistrate Judge
Printed Name and Title

City and State: ST. PAUL, MN