# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| Jeremy Francis Plonski, | ) |
| Defendant. | ) |

**COURT MINUTES - CRIMINAL**
BEFORE: ELIZABETH COWAN WRIGHT
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 25-mj-265 ECW |
| Date: | May 7, 2025 |
| Court Reporter: | Lynne Krenz |
| Courthouse: | St. Paul |
| Courtroom: | 3C |
| Time Commenced: | 10:40 a.m. |
| Time Concluded: | 10:46 a.m. |
| Time in Court: | 6 minutes |

X **PRELIMINARY HEARING**     X **DETENTION HEARING**
Time in Court Prelim/Det: 3 minutes/3 minutes

APPEARANCES:

Plaintiff: Daniel Bobier, Assistant U.S. Attorney
Defendant: Robert Meyers
        X FPD

On     X Complaint

X Defendant waives the right to the preliminary hearing.
X Probable cause found. Defendant bound over to District Court of Minnesota.

X Defendant waives the right to the detention hearing.
X Defendant Ordered Detained. Government to submit proposed order.

_s/nah_
Signature of Courtroom Deputy