UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-mj-265 (ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>JEREMY FRANCIS PLONSKI,<br><br>          Defendant. | **ORDER OF DETENTION** |

This matter came before the Court on May 7, 2025, for a preliminary hearing and upon the motion of the United States for an Order of Detention. Defendant Jeremy Francis Plonski was present and represented by his attorney, Robert Meyers. The United States was represented by Assistant United States Attorney Daniel W. Bobier.

Plonski is charged by Complaint with Production and Attempted Production of Child Pornography in violation of 18 U.S.C. § 2251(a) and (e). Plonski waived his right to challenge probable cause, after which time the Court found that probable cause exists to believe Plonski committed the offense charged.

Plonski also waived his right to a detention hearing because Plonski has a state-court hold from a related state case.

Based on Plonski's waiver, the Court finds clear and convincing evidence that, should Plonski be released, no condition or combination of conditions of bond will reasonably ensure the safety of the community. The Court also finds by a preponderance of the evidence that, should Plonski be released, no condition or combination of conditions of bond will reasonably ensure his future appearance. Accordingly, the Court grants the government's motion for detention.

## **FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Under 18 U.S.C. § 3142, pretrial detention may be ordered either upon a clear and convincing showing that release will result in a danger to the community or upon a showing by a preponderance of the evidence that release will result in a serious risk of flight. Based upon Plonski's criminal history, the nature and circumstances of the allegations in the instant offense, and Plonski's waiver, the Court finds that detention is justified to ensure both the safety of the community and Plonski's future appearance.

## **CONCLUSION**

For the reasons discussed above and as stated at the May 7 hearing, the Court concludes that the United States has made a clear and convincing showing that no condition or combination of conditions of bond will reasonably

ensure the safety of the community and has shown by a preponderance of the evidence that release will result in a serious risk of flight. Accordingly,

IT IS HEREBY ORDERED that:

1. The motion of the United States for Plonski's detention is granted;

2. Plonski is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. Plonski shall be afforded reasonable opportunity to consult privately with his lawyer; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which Plonski is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding.

5. Plonski may reopen the issue of detention should he resolve the state-court hold from the related state case.


Dated: May 13, 2025                         *s/Elizabeth Cowan Wright*
                                            ELIZABETH COWAN WRIGHT
                                            United States Magistrate Judge